# ELECTRONIC RECORD

COA # 05-13-01141-CR          OFFENSE: 22.021

STYLE: Jeremy John Sandersfeld v. The State of Texas          COUNTY: Collin

COA DISPOSITION:     AFFIRM          TRIAL COURT: 296th Judicial District Court

DATE: 01/12/2015          Publish: NO   TC CASE #:     416-82341-07

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jeremy John Sandersfeld v. The State of Texas          CCA #: 149-15

PRO SE          Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

REFUSED          JUDGE: _____

DATE: 05/20/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**